## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **IN RE:**<br>**Robert E. Poet**<br>    **Debtor** | ) Case No. 22-10978<br>)<br>) Chapter 13<br>)<br>) Judge: Frank |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by the Standing Chapter 13 Trustee (the "Trustee") at Dkt. 38[1], and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court is such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C.§349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not vest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall re-vest pursuant to 11 U.S.C.§349(b)(3).

5. All Applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

---

[1] The hearing on the Trustee's Motion to Dismiss for Debtor's failure to file Ch. 13 plan payments is scheduled for July 26, 2022 at 10:00AM.

BY THE COURT:

_____
Eric L. Frank
United States Bankruptcy Court Judge