# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>**Denise Robin Marshall**<br>Debtor | CHAPTER 13<br><br>CASE NO.: 21-11658-amc<br><br>HEARING DATE: January 4, 2022<br><br>HEARING TIME: 11:00 A.M. |

## ORDER APPROVING LOAN MODIFICATION

AND NOW, this _____ day of _____, 2022, upon the Motion of Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-D for approval of the Loan Modification offered, it is

ORDERED THAT: The offered Loan Modification is approved regarding the Mortgaged Premises located at 1036 Rock Creek Drive, Wyncote, PA 19095 (the "Mortgaged Premises").

ORDERED THAT: The Loan Modification approved by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

**Date: January 4, 2022**

_____
**Ashely M. Chan**
**United States Bankruptcy Judge**

{Y0602217; 1}