**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:	Denise Robin Marshall	:	Chapter 13
	:
	Debtor.	:	Bankruptcy No.  21-11658 (AMC)

**PRAECIPE TO WITHDRAW CLAIM # 9**
**OF CHELTENHAM SCHOOL DISTRICT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim # 9 of Cheltenham School District.

**PORTNOFF LAW ASSOCIATES, LTD.**

By:	/s/ James R. Wood, Esquire
	James R. Wood, Esquire
	2700 Horizon Drive, Suite 100
	King of Prussia, PA 19406
	(484) 690-9341
	Attorney for Cheltenham School District

Dated:  September 2, 2022