**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     Denise Robin Marshall     :     Chapter 13
:
Debtor.     :     Bankruptcy No.  21-11658 (AMC)

**PRAECIPE TO WITHDRAW CLAIM # 7**
**OF TOWNSHIP OF CHELTENHAM**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim # 7 of Township of Cheltenham.

**PORTNOFF LAW ASSOCIATES, LTD.**

By:     /s/ James R. Wood, Esquire
James R. Wood, Esquire
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406
(484) 690-9341
Attorney for Township of Cheltenham

Dated:  September 2, 2022