**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Denise Robin Marshall  :  Chapter 13
  :
  Debtor.  :  Bankruptcy No.  21-11658 (AMC)

**PRAECIPE TO WITHDRAW CLAIM # 8**
**OF TOWNSHIP OF CHELTENHAM**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim # 8 of Township of Cheltenham.

**PORTNOFF LAW ASSOCIATES, LTD.**

By:   /s/ James R. Wood, Esquire
        James R. Wood, Esquire
        2700 Horizon Drive, Suite 100
        King of Prussia, PA 19406
        (484) 690-9341
        Attorney for Township of Cheltenham

Dated:  September 2, 2022